[No. 11367-1-III. Division Three. May 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIAS JOSEPH NUNEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 90-8-01146-2, Susan L. Hahn, J., entered January 31, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Thompson, J.

[No. 11940-8-III. Division Three. May 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. BOB BUTLER, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 91-1-00050-9, Jerry M. Moberg, J., entered September 27, 1991. *Reversed* and *dismissed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 10599-7-III. Division Three. May 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM FREDERICK DIFFENBACHER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 89-1-01003-9, Marcus M. Kelly, J., entered February 13, 1990. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.